UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:20-cv-22787-EGT

NEYBER RUIZ,
and other similarly situated individuals,

        Plaintiff,
vs.

M & R SECURITY SERVICE, INC., MARIO
DE MOYA and ANA RODRIGUEZ

        Defendants.
_____/

## STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiff, NEYBER RUIZ, and Defendants, M & R SECURITY SERVICE INC., MARIO DE MOYA and ANA RODRIGUEZ, by and through their undersigned attorneys, hereby show the Court that all matters and things herein have been amicably resolved, and therefore, the parties hereto agree to the dismissal of the above styled action, pursuant to Federal Rule of Civil Procedure 41, with prejudice and without costs to either party, with each party to bear their own attorneys' fees and request for the Court to retain jurisdiction of this cause for the purpose of enforcing the parties' settlement.

| /s/Tanesha Blye | s/Nathaly Saavedra |
|---|---|
| Tanesha Blye, Esq. | Nathaly Saavedra, Esq. |
| Fla. Bar No.: 738158 | Fla. Bar No. 118315 |
| Email:tblye@saenzanderson.com | **PEREGONZA THE ATTORNEYS, PLLC** |
| Aron Smukler, Esq. | 1414 NW 107th Ave, |
| FBN: 0297779 | Suite 302 |
| Email: asmukler@saenzanderson.com | Doral, FL 33172 |
| SAENZ & ANDERSON, PLLC | Tel.   (786) 650-0202 |
| 20900 NE 30th Avenue, Ste. 800 | Fax.   (786) 650-0200 |
| Aventura, Florida 33180 | Email: nathaly@peregonza.com |
| Telephone: (305) 503-5131 | Telephone: (305) 507-8506 |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 7, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/Nathaly Saavedra, Esq
NATHALY SAAVEDRA, ESQ.

## **SERVICE LIST**

Tanesha Blye, Esq.
Fla. Bar No.: 738158
Email:tblye@saenzanderson.com
Aron Smukler, Esq.
FBN: 0297779
Email: asmukler@saenzanderson.com
T. Martin Saenz, Esq.
Fla. Bar No. 0640166
Email: msaenz@saenzanderson.com
SAENZ & ANDERSON, PLLC
20900 NE 30th Avenue, Ste. 800
Aventura, Florida 33180
Telephone: (305) 503-5131
Facsimile: (888) 270-5549

*Counsel for Plaintiff NEYBER RUIZ*

Nathaly Saavedra, Esq.
Fla. Bar No. 118315
**PEREGONZA THE ATTORNEYS, PLLC**
1414 NW 107th Ave, Suite 302
Doral, FL 33172
Tel.    (786) 650-0202
Fax.    (786) 650-0200
Email: office@peregonza.com
Email: nathaly@peregonza.com

Counsel for Defendants

Method of Service: CM/ECF Notice